IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br>      Plaintiffs,<br>  v.<br><br>SANDOZ, INC. AND MOMENTA PHARMACEUTICALS, INC.<br><br>      Defendants. | C.A. No. 14-1171-GMS<br>(consolidated cases) |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD.,<br><br>      Plaintiffs,<br>  v.<br><br>DOCTOR REDDY'S LABORATORIES, LTD. AND DOCTOR REDDY'S LABORATORIES, INC.<br><br>      Defendants. | C.A. No. 14-1172-GMS<br>(consolidated cases) |

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br>    Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br>    Defendants. | C.A. No. 14-1278-GMS <br> (consolidated cases) |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br>    Plaintiffs, <br> v. <br><br> SYNTHON PHARMACEUTICALS INC., SYNTHON B.V., and SYNTHON S.R.O. BLANSKO <br><br>    Defendants. | C.A. No. 14-1419-GMS <br> (consolidated cases) |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br>    Plaintiffs, <br> v. <br><br> AMNEAL PHARMACEUTICALS LLC <br>    Defendant. | C.A. No. 15-124-GMS <br> (consolidated cases) |

2

# [PROPOSED] SCHEDULING ORDER[1]

This <u>18th</u> day of <u>March, 2015</u>, the Court having decided that there will be no need for a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b), and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**. Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before <u>March 13, 2015</u>. The parties attach, for the Court's consideration, a chart summarizing the proposed schedule for this action (Exhibit A).

2. **Joinder of other Parties and Amendment of Pleadings**. All motions to join other parties are due by <u>April 30, 2015</u>, and all motions to amend the pleadings shall be filed on or before <u>November 13, 2015</u>.

3. ***Markman* Claim Construction Hearing**. A *Markman* claim construction hearing shall be held on <u>November 23, 2015</u> at <u>1:00 p.m.</u> The *Markman* hearing is scheduled for a total of <u>three (3)</u> hours with each side having <u>1.5</u> hours. The parties shall meet and confer regarding narrowing and reducing the number of claim construction issues. On or before <u>August 14, 2015</u>, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic evidence. The plaintiff shall submit to the court, a Joint Appendix of Intrinsic Evidence (the "**Joint Appendix**") containing all intrinsic evidence relied upon in the claim construction

---

[1] The Mylan defendants have a pending, fully-briefed motion to dismiss for lack of personal jurisdiction. C.A. No. 14-1278, D.I. 12, 13, 25. Their participation in this proposed scheduling order is in no way a waiver of any argument regarding personal jurisdiction, nor a consent to personal jurisdiction in this Court. The Mylan defendants do not consent to participate in discovery, and are proceeding with discovery while their jurisdictional motion is pending only to the extent ordered by the Court.

3

briefing.  A sample table of contents of the Joint Appendix can be located on this court's website at www.ded.uscourts.gov.  The Joint Appendix shall be filed on the same day as the answering claim construction briefs.  The parties shall file opening claim construction briefs on September 11, 2015, and answering claim construction briefs on October 2, 2015.  Briefing will be presented pursuant to the court's Local Rules.

    4.    **Discovery**.  All fact discovery in this case shall be initiated so that it will be completed on or before January 22, 2016.  Opening expert reports on issues on which a party bears the burden of proof shall be served on or before March 4, 2016.  Rebuttal expert reports, which includes Plaintiffs' presentation of objective indicia of nonobviousness, shall be served on or before April 8, 2016.  Defendants' Reply Expert Reports, limited to objective indicia of nonobviousness, shall be served on or before May 6, 2016.  Expert Discovery in this case shall be initiated so that it will be completed on or before June 30, 2016.

    a.    **Discovery and Scheduling Matters**:  Should counsel find they are unable to resolve a discovery[2] or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference.  Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **Joint Letter Agenda**, which is **non-argumentative**, not to exceed two (2) pages outlining the issue(s) in dispute.  A sample letter can be located on this court's website at www.ded.uscourts.gov.  After the parties have had six (6) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a seventh discovery teleconference.  Should the court find further briefing necessary upon conclusion of the telephone conference,

---

[2] Unless the court otherwise orders, should counsel be unable to agree on the discovery of paper and electronic documents, the court's "Default Standard for Discovery, Including Discovery of Electronically Stored Information" ("**ESI**") shall govern.

unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention.  The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**.  The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

     5.     **Confidential Information and Papers filed under Seal**.  Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court on or before April 10, 2015.  When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 4(a).**

     6.     **Applications by Motion**.  Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed via electronic means (CM/ECF).  Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers.  Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

     7.     **Oral Argument**.  If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to District of Delaware Local Rule 7.1.4.

     8.     **Pretrial Conference**.  On September 8, 2016, beginning at 10:00 a.m., the Court will hold a Pretrial Conference by teleconference with counsel.  Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial

disclosure requirement in Federal Rule of Civil Procedure 26(a)(3).  A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov.  Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiffs draft, as well as the information defendant proposes to include in the proposed pretrial order.

**Motions *in limine*[3]**:  **NO MOTIONS *IN LIMINE* SHALL BE FILED**; instead, the parties shall be prepared to address their evidentiary issues at the Pretrial Conference and during trial (before and after the trial day).  The parties shall file with the court the **joint** Proposed Final Pretrial Order in accordance with the terms and with the information required by the form of Final Pretrial Order, which can be located on this court's website at www.ded.uscourts.gov on or before August 9, 2016.

      9.     **Trial**.  This matter is scheduled for a seven-day bench trial beginning at 9:00 a.m. on September 26, 2016.

     10.    **Scheduling**:  The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

---

[3] The parties should simply list, in an Exhibit to be attached to the Pretrial order, the issues under a heading such as "Plaintiff's [name of party] List of Evidentiary Issues It Intends To Raise."

11. **Consolidation:** On March 9, 2015, the Court consolidated this matter for all purposes and further ordered that all future filings be made only in lead C.A. No. 14-1171-GMS. Upon entry of this Scheduling Order, all filings in the lead case C.A. No. 14-1171-GMS shall use the following case caption:

| | | |
|---|---|---|
| IN RE COPAXONE 40 MG CONSOLIDATED CASES | ) ) ) ) ) ) ) ) | C.A. No. 14-1171-GMS<br><br>**(CONSOLIDATED)** |

_____
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

### PROPOSED DEADLINES

| Event | Deadline |
|---|---|
| Rule 26(a) Initial Disclosures | March 13, 2015 |
| Initial Disclosures pursuant to Paragraph 3 of the default standard for electronic discovery | March 13, 2015 |
| Plaintiff Shall Specifically Identify the Accused Product(s) and the asserted patent(s) they allegedly infringe, and Produce the File History for Each Asserted Patent | March 24, 2015 |
| Each defendant shall produce to the plaintiff the core technical documents related to the accused product(s), including but not limited to operation manuals, product literature, schematics, and specifications. Plaintiffs to produce NDA, including amendments and supplements, FDA bases for approval, and correspondence between the FDA and the NDA applicants regarding any Copaxone 40 mg NDA or sNDA. | April 13, 2015 |
| Deadline for Motions to Join Parties | April 30, 2015 |
| Plaintiffs shall produce to each defendant an initial claim chart relating each accused product to the asserted claims each product allegedly infringes | May 13, 2015 |
| Substantial Completion of Document Production Deadline | July 15, 2015 |
| Each defendant shall produce to the plaintiffs its initial invalidity contentions for each asserted claim, as well as the related invalidating references (e.g., publications, manuals and patents) | June 12, 2015 |
| Fact Discovery Completed | January 22, 2016 |
| Exchange Proposed Terms for Claim Construction | June 26, 2015 |
| Exchange Proposed Constructions | July 17, 2015 |
| Meet and Confer regarding Claim Terms for Construction | July 24, 2015 |
| File Final Joint Claim Construction Statement | August 14, 2015 |
| File Opening Claim Construction Briefs | September 11, 2015 |
| File Answering Claim Constructions Briefs | October 2, 2015 |
| Joint Appendix of Intrinsic Evidence | October 2, 2015 |
| Deadline to File Motions to Amend Pleadings | November 13, 2015 |
| Markman Hearing | November 23, 2015 (1 p.m.) |

| | |
|---|---|
| Opening Expert Reports | March 4, 2016 |
| Rebuttal Expert Reports (including Plaintiffs' presentation of Objective Indicia of Nonobviousness) | April 8, 2016 |
| Reply Expert reports (limited to Objective Indicia of Nonobviousness) | May 6, 2016 |
| Expert Discovery Completed | June 30, 2016 |
| Pretrial Order | August 9, 2016 |
| Pretrial Conference | September 8, 2016 (10 a.m.) |
| Trial | September 26, 2015 (seven days) |