**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| IN RE COPAXONE 40 MG<br>CONSOLIDATED CASES | ) <br>) <br>) <br>) C.A. No. 14-1171-GMS <br>) <br>) **(CONSOLIDATED)** <br>) <br>) <br>) |

**STIPULATION AND [PROPOSED] ORDER AMENDING THE CONSOLIDATED
SCHEDULE AND ADDING U.S. PATENT NO. 9,155,776 TO
THE CONSOLIDATED ACTION FOR ALL PURPOSES**

Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd. (collectively "Plaintiffs" or "Teva") and Defendants Doctor Reddy's Laboratories, Ltd. and Doctor Reddy's Laboratories, Inc., (collectively "DRL"); Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"); Sandoz Inc. and Momenta Pharmaceuticals, Inc. (collectively "Sandoz"); Synthon Pharmaceuticals Inc., Synthon B.V., Synthon s.r.o. and Pfizer, Inc. (collectively "Synthon"); Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals Company GmbH (collectively "Amneal") (collectively "Defendants"), by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

WHEREAS, U.S. Patent No. 9,155,776 ("the '776 patent") issued on October 13, 2015 and has been listed in the Orange Book with regard to Plaintiffs' Copaxone® 40 mg/mL product;

WHEREAS, the pending litigation before this Court (*In re Copaxone 40 mg Consolidated Cases*, Civil Action No. 14-1171-GMS) involves claims of infringement and invalidity of U.S. Patent Nos. 8,232,250 ("the '250 patent"), 8,399,413 ("the '413 patent"), and 8,969,302 ("the '302 patent) (collectively, the "patents-in-suit"), which, like the '776 patent, are

listed in the Orange Book with regard to Plaintiffs' Copaxone® 40 mg/mL product;

WHEREAS, the '776 patent shares a common inventor and specification with the patents-in-suit and each patent is generally directed to methods of using Copaxone® 40 mg/mL to treat relapsing-remitting multiple sclerosis in a human patient;

WHEREAS, the pending litigation remains in the midst of fact discovery, no depositions have taken place and a Markman Hearing is currently scheduled for November 23, 2015;

WHEREAS, the parties have met and conferred and agree that inclusion of the parties' claims and defenses concerning the '776 patent with Civil Action No. 14-1171 for all purposes, including trial, is reasonable given that the patents involve similar subject matter, amending the pleadings to include the '776 patent would promote the efficient resolution of the parties' dispute and judicial economy, and the addition of the patent to the case will produce few additional claim construction or discovery issues.

It is hereby STIPULATED and ORDERED that:

1. Plaintiffs are granted leave to file a Second Amended Complaint adding the '776 patent to the case[1];

2. Counsel for Defendants each agree to accept service of the Second Amended Complaint on behalf of their clients;

3. The deadline for each Defendant to answer or otherwise respond to the Second Amended Complaint is November 13, 2015;

4. Plaintiffs shall produce to each Defendant a disclosure under Paragraph 4(c) of the Default Standard concerning the '776 patent no later than November 13, 2015;

5. Plaintiffs shall supplement their document production to include documents

---

[1] A copy of the Second Amended Complaint and a redline thereof are attached as Exhibits A and B, respectively.

concerning the '776 patent pursuant to Plaintiffs' responses to Defendants' pending document requests no later than November 20, 2015;

      6.      The parties shall exchange their proposed constructions for the '776 patent claim terms "reduced severity of injection site reactions" and "reduced frequency and severity of immediate post injection reactions and injection site reactions" with supporting citations to the intrinsic record no later than November 20, 2015;

      7.      The Defendants will provide to Plaintiffs a list of claim terms from the '776 patent they contend are not limitations no later than November 20, 2015;

      8.      Parties shall meet and confer concerning the claim construction issues identified in their November 20, 2016 exchanges no later than November 25, 2015;

      9.      Defendants shall produce to the Plaintiffs a disclosure under Paragraph 4(d) of the Default Standard concerning the '776 patent no later than December 4, 2015;

      10.      The Parties shall submit an amended Joint Claim Construction Chart, if necessary, no later than December 11, 2015;

      11.      If the parties do not reach agreement on the claim construction issues discussed during the November 25, 2015 meet and confer and supplemental briefing is required, supplemental opening claim construction briefs not to exceed 10 pages and any declarations shall be submitted no later than December 11, 2015, and supplemental answering claim construction briefs not to exceed 5 pages and any declarations shall be submitted no later than December 16, 2015.

      12.      In order to accommodate the additional exchanges and submissions reflected above, the Scheduling Order (D.I. 29) is amended as follows:

| Event | Date in Consolidated Schedule (D.I. 29) (So Ordered on March 24, 2015) | New Deadline |
|---|---|---|
| Fact Discovery Complete | January 22, 2016 | February 19, 2016 |
| Markman hearing | November 23, 2015 | A date during the week of January 11, 2016 at the Court's discretion |
| Opening Expert Reports | March 4, 2016 | April 1, 2016 |
| Rebuttal Expert Reports (including Plaintiffs' presentation of Objective Indicia of Nonobviousness) | April 8, 2016 | May 6, 2016 |
| Reply Expert reports (limited to Objective Indicia of Nonobviousness) | May 6, 2016 | May 25, 2016 |
| Expert Discovery Complete | June 30, 2016 | June 30, 2016 |
| Pretrial Order | August 9, 2016 | August 9, 2016 |
| Pretrial Conference | September 8, 2016 (10 a.m.) | September 8, 2016 (10 a.m.) |
| Trial | September 26, 2016 (seven days) | September 26, 2016 (seven days) |

**SO AGREED AND STIPULATED:**

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ John W. Shaw* |
| Richard D. Kirk (No. 922) | John W. Shaw (No. 3362) |
| Stephen B. Brauerman (No. 4952) | Karen E. Keller (No. 4489) |
| Vanessa R. Tiradentes (No. 5398) | SHAW KELLER LLP |
| Sara E. Bussiere (No. 5725) | 300 Delaware Avenue, Suite 1120 |
| BAYARD, P.A. | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 298-0700 |
| Wilmington, DE 19801 | jshaw@shawkeller.com |
| (302) 655-5000 | kkeller@shawkeller.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | David M. Hashmall |
| vtiradentes@bayardlaw.com | Elizabeth J. Holland |
| sbussiere@bayardlaw.com | GOODWIN PROCTER LLP |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| | (212) 813-8800 |
| | |
| | Daryl L. Wiesen |
| | John T. Bennett |
| | Nicholas K. Mitrokostas |
| | GOODWIN PROCTER LLP |
| | Exchange Place |
| | 53 State Street |
| | Boston, MA 02109 |
| | (617) 570-1000 |
| | |
| | William G. James |
| | GOODWIN PROCTER LLP |
| | 901 New York Avenue, NW |
| | Washington, DC 20001 |
| | (202) 346-4000 |
| | |
| | *Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Neuroscience, Inc. and Yeda* |

| | |
|---|---|
| /s/ Richard L. Renck | /s/ David A. Bilson |
| Richard L. Renck (No. 3893) | John C. Phillips, Jr. (No. 110) |
| DUANE MORRIS LLP | David A. Bilson (No. 4986) |
| 222 Delaware Avenue, Suite 1600 | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| Wilmington, DE 19801-1659 | 1200 North Broom Street |
| (302) 657-4900 | Wilmington, DE 19806 |
| | jcp@pgslaw.com |
| Anthony J. Fitzpatrick | dab@pgslaw.com |
| Vincent L. Capuano | |
| Christopher S. Kroon | Constance S. Huttner |
| Carolyn A. Alenci | Beshoy M. Sharoupim |
| DUANE MORRIS LLP | BUDD LARNER, P.C. |
| 100 High Street, Suite 2400 | 150 John F. Kennedy Parkway |
| Boston, MA 02110-1724 | Short Hills, NJ 07078 |
| (857) 488-4200 | (973) 315-4430 |
| *Attorneys for Amneal Pharmaceuticals LLC* | *Attorneys for DRL Defendants* |

| | |
|---|---|
| /s/ Arun Mohan | /s/ Dominick T. Gattuso |
| Frederick L. Cottrell, III (No. 2555) | Dominick T. Gattuso (No. 3630) |
| Arun Mohan (No. 6110) | PROCTOR HEYMAN ENERIO LLP |
| RICHARDS, LAYTON & FINGER, P.C. | 300 Delaware Avenue, Suite 200 |
| One Rodney Square | Wilmington, DE 19801 |
| 920 North King Street | (308) 472-7300 |
| Wilmington, DE 19801 | DGattuso@proctorheyman.com |
| (302) 651-7700 | |
| cottrell@rlf.com | William A. Rakoczy |
| | Deanne M. Mazzochi |
| Shannon M. Bloodworth | Rachel Pernic Waldron |
| PERKINS COIE LLP | RAKOCZYMOLINOMAZZOCHI SIWIK LLP |
| 700 13th Street, NW | 6 West Hubbard Street, Suite 500 |
| Washington, DC 20005 | Chicago, IL 60654 |
| (202) 654-6204 | (312) 222-7543 |
| | wrakoczy@rmmslegal.com |
| *Attorneys for Mylan Inc., Mylan Pharmaceuticals Inc. and Natco Pharma Ltd.* | dmazzochi@rmmslegal.com |
| | rwaldron@rmmslegal.com |
| | *Attorneys for Defendants Sandoz Inc. and Momenta Pharmaceuticals, Inc.* |

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
(302) 652-8400
nbelgam@skjlaw.com
eho@skjlaw.com

E. Anthony Figg
Sharon L. Davis
R. Elizabeth Brenner-Leifer
Seth E. Cockrum
Jennifer Nock
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Synthon Pharmaceuticals Inc., Synthon B.V, Synthon s.r.o., and Pfizer Inc.*


Dated:  November 3, 2015


IT IS SO ORDERED this ___ day of November, 2015


                                                                      United States District Judge