# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COPAXONE 40 MG CONSOLIDATED CASES | ) ) ) ) ) ) ) ) ) | C.A. No. 14-1171-GMS<br><br>(**CONSOLIDATED**) |

## PLAINTIFFS TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., AND YEDA RESEARCH AND DEVELOPMENT CO. LTD.'S NOTICE OF DEPOSITION OF JOHN BISHOP

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Court rules for the United States District Court for the District of Delaware, Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc., and Yeda Research and Development Co. Ltd. (collectively, "Plaintiffs" or "Teva"), by their attorneys will take the deposition upon oral examination of John Bishop. The depositions will commence at 9:00 a.m. on January 20, 2016, at the offices of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA, 02108, or at such other time and location agreed upon by the parties or ordered by the Court, before an officer authorized to administer oaths.

2

The depositions will continue from day to day until completed, with such adjournments as to time and place as may be necessary, and may be recorded by stenographic and/or videographic means. You are invited to attend and cross-examine.

Dated: December 31, 2015

| | |
|---|---|
| OF COUNSEL:<br>David M. Hashmall<br>Elizabeth J. Holland<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 813-8800<br><br>Daryl L. Wiesen<br>John T. Bennett<br>Nicholas K. Mitrokostas<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br><br>William G. James II<br>GOODWIN PROCTER LLP<br>901 New York Ave. NW<br>Washington, DC 20001<br>(202) 346-4000 | BAYARD, P.A.<br><br>*/s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (No. 4952)<br>Vanessa R. Tiradentes (No. 5398)<br>Sara E. Bussiere (No. 5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd.* |