

Frederick L. Cottrell, III
302-651-7509
Cottrell@rlf.com

June 29, 2016

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

**Re:** *In re Copaxone Consolidated Cases C.A. No. 14-1171-GMS*

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Thursday, June 30, 2016, at 2:00 p.m. in the above-referenced matter, the parties jointly submit the following items to be presented to the Court:

<u>Defendants' Issue</u>

- Plaintiffs' submission of a supplemental report from an expert after the due date for final expert reports and not provided for in the expert discovery schedule. *See* D.I. 231.

<u>Plaintiffs' Issue</u>

- Conflict between trial days 6 and 7 and Rosh Hashanah

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

Cc:   Clerk of Court (via Hand Delivery)
      All Counsel of Record (via Email)