IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COPAXONE 40 MG CONSOLIDATED CASES | ) ) ) ) ) ) ) ) | C.A. No. 14-1171-GMS<br><br>(**CONSOLIDATED**) |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs, Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd. (collectively "Plaintiffs" or "Teva") and Defendants, Doctor Reddy's Laboratories, Ltd. and Doctor Reddy's Laboratories, Inc. (collectively "DRL"), Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"), Sandoz Inc. ("Sandoz") and Momenta Pharmaceuticals, Inc. ("Momenta"), Pfizer Inc., Synthon Pharmaceuticals, Inc., Synthon B.V., and Synthon s.r.o. (collectively "Synthon"), and Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals Company GmbH (collectively "Amneal") (collectively "Defendants") by and through their respective counsel, have agreed to the following stipulation, subject to the approval of the Court.

WHEREAS, to facilitate a more orderly and efficient submission to the Court of the hyperlinked versions of the Parties' proposed post-trial findings of facts and conclusions of law, the Parties seek a two-day extension, until December 2, 2016, to submit the hyperlinked documents;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Parties shall:

1. By December 2, 2016, deliver to chambers copies of CD-ROM disks containing hyperlinked versions of their proposed post-trial findings of facts and conclusions of law.

Agreed to and executed by Plaintiffs and Defendants as of this 29 day of November, 2016.

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Karen E. Keller* |
| Richard D. Kirk (No. 922) | John W. Shaw (No. 3362) |
| Stephen B. Brauerman (No. 4952) | Karen E. Keller (No. 4489) |
| Vanessa R. Tiradentes (No. 5398) | David M. Fry (No. 5486) |
| Sara E. Bussiere (No. 5725) | SHAW KELLER LLP |
| BAYARD, P.A. | 300 Delaware Avenue, Suite 1120 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 655-5000 | jshaw@shawkeller.com |
| rkirk@bayardlaw.com | kkeller@shawkeller.com |
| sbrauerman@bayardlaw.com | dfry@shawkeller.com |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | OF COUNSEL: |
| | David M. Hashmall |
| | Elizabeth J. Holland |
| | GOODWIN PROCTER LLP |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018 |
| | (212) 813-8800 |
| | |
| | Paul F. Ware |
| | Daryl L. Wiesen |
| | John T. Bennett |
| | Nicholas K. Mitrokostas |
| | GOODWIN PROCTER LLP |
| | 100 Northern Ave. |
| | Boston, MA 02110 |
| | (617) 570-1000 |
| | |
| | William G. James |
| | GOODWIN PROCTER LLP |
| | 901 New York Avenue, NW |
| | Washington, DC 20001 |
| | (202) 346-4000 |
| | |
| | *Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd.* |

3

| | |
|---|---|
| /s/ Richard Renck | /s/ David A. Bilson |
| Richard L. Renck (No. 3893) | John C. Phillips, Jr. (No. 110) |
| DUANE MORRIS LLP | David A. Bilson (No. 4986) |
| 222 Delaware Avenue, Suite 1600 | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
| Wilmington, DE 19801 | 1200 North Broom Street |
| (302) 657-4900 | Wilmington, DE 19806 |
| | jcp@pgmhlaw.com |
| OF COUNSEL: | dab@ pgmhlaw.com |
| Anthony J. Fitzpatrick | |
| Vincent L. Capuano | OF COUNSEL: |
| Christopher S. Kroon | Constance S. Huttner |
| Carolyn A. Alenci | Hank Heckel |
| DUANE MORRIS LLP | BUDD LARNER P.C. |
| 100 High Street, Suite 2400 | 150 John F. Kennedy Parkway |
| Boston, MA 02110 | Short Hills, NJ 07078 |
| (857) 488-4200 | (973) 315-4430 |
| *Attorneys for Amneal Pharmaceuticals LLC* | *Attorneys for DRL Defendants* |

| | |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Dominick T. Gattuso |
| Frederick L. Cottrell, III (No. 2555) | Dominick T. Gattuso (No. 3630) |
| Selena E. Molina (No. 5936) | PROCTOR HEYMAN ENERIO LLP |
| RICHARDS, LAYTON & FINGER, P.A. | 300 Delaware Avenue, Suite 200 |
| One Rodney Square | Wilmington, DE 19801 |
| 920 North King Street | (308) 472-7300 |
| Wilmington, DE 19801 | dgattuso@proctorheyman.com |
| (302) 651-7700 | |
| cottrell@rlf.com | OF COUNSEL: |
| molina@rlf.com | William A. Rakoczy |
| | Deanne M. Mazzochi |
| OF COUNSEL: | Rachel Pernic Waldron |
| Shannon M. Bloodworth | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| PERKINS COIE LLP | 6 West Hubbard Street, Suite 500 |
| 700 13th Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | (312) 222-7543 |
| (202) 654-6204 | wrakoczy@rmmslegal.com |
| | dmazzochi@rmmslegal.com |
| *Attorneys for Mylan Inc., Mylan Pharmaceuticals Inc., and Natco Pharma Ltd.* | rwaldron@rmmslegal.com |
| | *Attorneys for Defendants Sandoz Inc. and Momenta Pharmaceuticals, Inc.* |

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

OF COUNSEL:
E. Anthony Figg
Sharon L. Davis
R. Elizabeth Brenner-Leifer
Seth E. Cockrum
Jennifer Nock
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Synthon Pharmaceuticals Inc.,
Synthon B.V, Synthon s.r.o., and Pfizer, Inc.*

     SO ORDERED this ___ day of _____, 2016.

                                                _____
                                                United States District Judge