# RICHARDS LAYTON & FINGER

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

December 5, 2016

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

> Re:    *In Re Copaxone 40 MG Consolidated Cases*
>        *C.A. No. 14-1171-GMS*

Dear Judge Sleet:

I, along with co-counsel Perkins Coie LLP, represent Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan") in the above-captioned matter. Pursuant to Local Rule 7.1.2(b), we write to advise the Court that the PTAB has once again rejected Teva's validity arguments.

As Mylan alerted the Court on August 26, 2016, the PTAB in IPR proceedings previously held unpatentable all claims of three of the four patents involved in this litigation.  D.I. 252. Following those decisions, Plaintiff Yeda Research & Development Co. Ltd. ("Yeda") moved for rehearing in all three proceedings.

On December 2, 2016, the PTAB granted-in-part and denied-in-part Yeda's motions for rehearing and issued revised final written decisions.  *See* Ex. A-F.  In all three revised final written decisions, the PTAB's initial decision stands:  all claims of U.S. Patent Nos. 8,232,250 ("the '250 patent"), 8,399,413 ("the '413 patent"), and 8,969,302 ("the '302 patent") remain unpatentable as obvious.

Although not binding on this Court, the PTAB's decisions on Yeda's motions for rehearing and revised opinions clarify that the PTAB found—consistent with Defendants' arguments at trial—that a person of ordinary skill in the art at the priority date would have expected the claimed dosing regimen to improve the tolerability of glatiramer acetate treatment. Specifically, among several other findings favorable to Mylan, the PTAB held that, "given the art as a whole repeatedly states 40 mg GA is well tolerated, [the PTAB] remain[s] unpersuaded that the art suggested a 40 mg dose of GA was less tolerable than 20 mg GA, as Patent Owner asserts."  Ex. A at 7.  The PTAB was also "not persuaded that a person of ordinary skill in the art considering combining a higher dose of GA with Flechter's alternate-day dosing schedule would

■ ■ ■

The Honorable Gregory M. Sleet
December 5, 2016
Page 2

conclude that such a regimen would likely exacerbate the frequency of injection site reactions, as Patent Owner asserts." *Id.* at 4-5.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

FLC,III/sm

cc:     All counsel of record
        Clerk of Court (by CM/ECF)