

John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0701- Direct
jshaw@shawkeller.com

January 31, 2017

**BY CM/ECF**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re: *In Re Copaxone 40 mg Consolidated Cases*, C.A. No. 14-1171-GMS

Dear Judge Sleet:

  I write on behalf of plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd. (collectively "Teva") to respectfully request the Court's attention to an urgent matter that has arisen following the issuance of this Court's Order and Memorandum Opinion from last evening (D.I. 294 & 295).

  Teva intends to file today (1) a Notice of Appeal to the Federal Circuit and (2) a Motion for an Injunction Pending Appeal to this Court pursuant to Fed. R. Civ. P. 62(c).  Teva hereby requests the Court to enter the attached order setting an expedited briefing schedule and a hearing on this motion.

  As Teva's motion will explain in detail, Teva is likely to succeed in its appeal and would suffer irreparable injury if Defendants launch generic products before the appeal is resolved. Therefore, it is appropriate for the Court to enter an injunction to preserve the *status quo* pending appeal and to temporarily enjoin Defendants from launching their generic versions of Copaxone® 40 mg/mL. Should the Court not be willing to entertain an injunction pending appeal, Teva will request that the Court enter a temporary injunction for 10 days, to allow Teva time to seek emergency relief from the Federal Circuit, and to give that Court time to consider Teva's motion before any commercial launch of Defendants' generic products.

  Any delay in hearing and deciding these motions will cause immediate irreparable harm. Teva also expects to call Chambers to request a scheduling conference, but given the past history of this case, it has often taken days to coordinate a call with all parties to Chambers.

  Given the potential FDA approval and generic launch of one or more generic products, Teva respectfully requests expedited treatment of its motion and a teleconference with the Court to discuss its request.  Plaintiffs are available at the Court's convenience.

            Respectfully submitted,

            */s/ John W. Shaw*

            John W. Shaw (No. 3362)

S<small>HAW</small> K<small>ELLER</small> LLP
The Honorable Gregory M. Sleet
Page 2

cc: All counsel of record (by e-mail)
    Clerk of Court (by CM/ECF and hand delivery)