IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COPAXONE 40 MG CONSOLIDATED CASES | ) ) ) ) ) ) ) | C.A. No. 14-1171-GMS<br><br>**(CONSOLIDATED)** |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2017, IT IS HEREBY ORDERED that:

1. On or before 2:00 p.m. February 1, 2017, any interested party may file an answering brief opposing plaintiffs' Motion for an Injunction Pending Appeal pursuant to Fed. R. Civ. P. 62(c).

2. The Court will hold a teleconference on _____, 2017, to resolve plaintiffs' motion.

_____
United States District Judge