IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COPAXONE CONSOLIDATED CASES | Civil Action No. 14-1171-GMS **(CONSOLIDATED)** |

## JUDGMENT

This action came before the Court for a seven-day bench trial on September 26th, 2016. The issues have been tried and the parties filed Proposed Findings of Facts and Conclusions of Law shortly thereafter (D.I. 272, 273). The court issued a Memorandum and Order (D.I. 294, 295) ("Bench Opinion") on January 30th, 2017. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that, in accordance with this Court's Bench Opinion, final judgment is hereby entered in favor of defendants Sandoz, Inc., Momenta Pharmaceuticals Inc., Dr. Reddy's Laboratories Inc., Dr. Reddy's Laboratories Ltd., Mylan Pharmaceuticals Inc., Synthon Pharmaceuticals Inc., Synthon B.V., Synthon s.r.o. Blansko, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Company GmbH, and Pfizer Inc., and against the plaintiffs, Teva Pharmaceuticals USA Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience Inc., and Yeda Research and Development Co. Ltd., finding that:

1. Claims 1, 5, and 13–17 of the '250 patent are invalid as obvious.
2. Claims 1, 7, 15, and 20 of the '413 patent are invalid as obvious.
3. Claims 1, 10, and 11 of the '302 patent are invalid as obvious.
4. Claims 1, 2, 5, 6, 9, 12, 16, and 17 of the '776 patent are invalid as obvious.

Dated: January 31, 2017

UNITED STATES DISTRICT JUDGE